# In the United States Court of Federal Claims

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  **
```
|  |  |
|---|---|
| CHARLESTON FREIGHT STATION, INC., | * <br> * <br> * <br> * |
| Plaintiff, | * |
| v. | *    **No. 17-1793C** <br> *    **Filed: July 12, 2018** |
| UNITED STATES, | * <br> * |
| Defendant. | * <br> * |

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

## O R D E R

The court is in receipt of the plaintiff's July 12, 2018 motion to voluntarily dismiss the above captioned case with prejudice. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2018), this court **ORDERS** that this case be **DISMISSED** with prejudice.

     **IT IS SO ORDERED**.

<u>s/Marian Blank Horn</u>
**MARIAN BLANK HORN**
**Judge**